HARRY HORN, Appellant, v. GEORGES CRASSOPOULOS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

PINCUS S. BRENNER and Others, Copartners, etc., Respondents, v. JAMES C. DAVIS, Director-General of Railroads, as Agent, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an amended answer within twenty days upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

UNITED STATES AND CUBAN ALLIED WORKS ENGINEERING CORPORATION, Appellant, v. " LEROY " H. MARTIN and Others, Defendants, and THE CONTINENTAL INSURANCE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

RACHEL M. O. WARD, Respondent, v. JOHN E. STILLWELL, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

FRANKLIN H. BROWN, Trading as CREDITORS-AUDIT COLLECTION BUREAU and as ATTORNEYS BUREAU OF COLLECTIONS, Appellant, v. J. HARRY TREGOE and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to plead anew within ten days upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

FOREIGN TRADE BANKING CORPORATION, Respondent, v. GERSETA CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

BLANCHE WILLETT, Respondent, v. UNITED STATES RUBBER COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.; Dowling and Greenbaum, JJ., dissenting.

FASIG-TIPTON COMPANY v. GEORGE C. TAYLOR, as President, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

CAROLINE M. ROBINSON v. HUBERT E. ROGERS and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SORRO.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

PATRICK A. GAYNOR, as Committee, etc., v. FERDINAND HECHT.— Motion granted so far as to permit record to be amended on condition that appeal be ready for argument on January 9, 1923. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JOHN PIRUNG & COMPANY and Others v. BROWN & SECCOMB.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.